**Opinion issued January 22, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00055-CV**

————————————

**IN RE NC & MI LLC, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, NC & MI LLC, filed a petition for writ of mandamus asserting that the trial court abused its discretion by granting the motion for sanctions filed by real party in interest, EGR Construction Inc., and further by striking relator's trial exhibits and trial witnesses.[1]  Relator requested that this Court "find that [the trial

---

[1] The underlying case is *NC & MI LLC v. EGR Construction Inc.*, Cause No. 2024-09635, in the 215th District Court of Harris County, Texas, the Honorable Nathan J. Milliron presiding.

court] should not have granted [r]eal [p]arty in [i]nterest's Motion for Sanctions and also, to consider [s]triking and [e]xcluding [r]elator's [t]rial [e]xhibits and [t]rial [w]itnesses, and that [the trial court's] actions in [its] handling of this case constitute[d] a clear abuse of discretion."

We conclude that relator has failed to establish it is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus. We dismiss any pending motion as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.